DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
E-mail:Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CV-00812-PMP-RJJ |
| Plaintiff, | |
| v. | |
| GRANT S. ROSTAD aka, GRANT R. ROSTAD, | |
| Defendant. | |

**PROPOSED ORDER**

This cause came before the court upon the United States Complaint and Motion for Summary Judgment against defendant Grant S. Rostad aka Grant R. Rostad. A hearing was held on September 7, 2010 and the United States appeared through Carlos A. Gonzalez, Assistant United States Attorney for the District of Nevada. Defendant appeared pro se. The Court being fully advised on the premises, FINDS THAT:

1.  This court has jurisdiction over the parties and subject matter of this action pursuant to 28 U.S.C. §1345.

2.  The defendant is an individual residing in Clark County, Nevada and is within the jurisdiction of this court.

. . .

1

1     3.     On or about July 16, 1977, Defendant executed a promissory note to secure a loan
2 for $45,943.00 under the Federal Family Education Program Consolidation from Aelmac, with
3 interest accruing at 9 percent per annum.

4     4.     The Defendant is indebted to Plaintiff for defaulting on that student loan.

5     5.     The loan obligation was guaranteed by the Great Lake Higher Education
6 Corporation and was the reinsured by the Department of Education under loan guaranty programs
7 authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C.§§ 1071,
8 et seq.(34 C.F.R. Part 682).

9     6.     The Defendant defaulted on his payment obligations on 6/25/1999.

10     7.     Due to this default, the United States paid a claim in the amount of $53,544.21 to
11 the holder of the note.  All right and title to the loans were then assigned to the Department of
12 Education.

13     8.     Since assignment of the loan, the Department of Education has received no
14 payment.

15     9.     The Defendant owes the United States, the principal sum of $53,544.21 plus
16 interest continuing to accrue on the balance at the rate of 9 percent per annum (13.19 per day)
17 until the principal and interest are paid in full.

18     IT IS ORDERED AND ADJUDGED AND DECREED that

19     As of March 17, 2011 defendant owes the United States $108,734.07 to the date of
20 judgment herein and that the United States is entitled to interests at the legal rate which will be
21 compounded annually pursuant to 28 U.S.C. § 1961(b) from the date of entry of judgment until
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

1 the judgment and interest are paid in full.  The United States is likewise entitled to court docket
2 fees in the amount of $350.00 plus cost of this action pursuant to 28 U.S.C. § 1914(a) and
3 1923(a.)

5 Dated this_____18th_____day of ____March_____ 2011.

_____
United States District Judge

**PROOF OF SERVICE**

I, Carlos A. Gonzalez, AUSA, certify that the following individuals were served with the

PROPOSED ORDER on this date by the below identified method of

service:

United States Postal Service (USPS)

Grant R. Rostad
6094 South Sandhill #100
Las Vegas, Nevada 89120

DATED this 18th day of March  2011.

  //S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney

1 | DANIEL G. BOGDEN
United States Attorney
2 | Nevada State Bar No. 2137
CARLOS A. GONZALEZ
3 | Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
4 | Las Vegas, NV 89101
Tel: (702) 388-6336
5 | Fax: (702) 388-6787
E-mail:Carlos.Gonzalez2@usdoj.gov
6
7
8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
9
10 | UNITED STATES OF AMERICA,       )   CASE NO. 2:09-CV-00812-PMP-RJJ
                                    )
11 |          Plaintiff,             )
   | v.                              )
12 |                                 )
   | GRANT S. ROSTAD aka,            )
13 | GRANT R. ROSTAD,                )
                                    )
14 |          Defendant.             )
                                    )
15

16                           **PROPOSED JUDGMENT**

17     This action came to hearing before the Court on September 7, 2010.  The issues have been

18 tried and a decision has been rendered.

19     IT IS ORDERED AND ADJUDGED  that a judgment is entered in favor of plaintiff and

20 against Defendant Grant S. Rostad aka Grant R. Rostad.

21

22 Dated this 18th day of March, 2011.

23

24
                                              _____
25
                                              United State District Judge
26

                                    1

# **PROOF OF SERVICE**

I, Carlos A. Gonzalez, AUSA, certify that the following individuals were served with the

PROPOSED JUDGMENT on this date by the below identified method of

service:

United States Postal Service (USPS)

Grant R. Rostad
6094 South Sandhill #100
Las Vegas, Nevada 89120

DATED this 18th day of March  2011.

 //S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney