DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
E-mail:Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRANT S. ROSTAD aka, )<br>GRANT R. ROSTAD, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 2:09-CV-00812-PMP-RJJ |

**PROPOSED JUDGMENT**

This action came to hearing before the Court on September 7, 2010.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that a judgment is entered in favor of plaintiff and against Defendant Grant S. Rostad aka Grant R. Rostad.

Dated this ___ 18th day of March, 2011.

_____

United State District Judge

1

## PROOF OF SERVICE

I, Carlos A. Gonzalez, AUSA, certify that the following individuals were served with the

PROPOSED JUDGMENT on this date by the below identified method of

service:

<u>United States Postal Service (USPS)</u>

Grant R. Rostad
6094 South Sandhill #100
Las Vegas, Nevada 89120

DATED this 18th day of March 2011.

<u>  //S// CARLOS A. GONZALEZ  </u>
CARLOS A. GONZALEZ
Assistant United States Attorney